```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>              Plaintiff,<br><br>      vs.<br><br>MCFARLANE & SONS, INC., etc.,<br><br>              Defendant. | NO. C 05 0162 JCS<br><br>ORDER TO CONTINUE CASE<br><br><u>MANAGEMENT CONFERENCE</u> |

   IT IS HEREBY ORDERED that the Case Management Conference in this case originally set for July 15, 2005, at 1:30 p.m., be continued to **August 26, 2005 at 1:30 p.m.,** in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

   The joint case management conference statement shall be due by **August 19, 2005.**

Dated: July 12, 2005

                    /s/ Joseph C. Spero
                    Magistrate Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1