```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>            Plaintiff,<br><br>vs.<br><br>MCFARLANE & SONS, INC., etc.,<br><br>            Defendant. | NO. C 05 0162 JCS<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

       IT IS ORDERED that the Case Management Conference in this case originally set for September 2, 2005 be continued to October 7, 2005 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: August 24, 2005                             _____
                                                 Magistrate Judge Joseph C. Spero

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>         1