```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 05 0162 JCS |
| | ) | |
| Plaintiffs, | ) | ORDER TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE |
| vs. | ) | |
| | ) | |
| MCFARLANE & SONS., etc. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED that the Case Management Conference in this case set for October 7, 2005 be continued to October 28, 2005 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: <u>October 6, 2005</u>              _____
                                              Magistrate Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE