1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11 BOARD OF TRUSTEES OF THE SHEET    )   NO. C 05 0162 JCS
   METAL WORKERS, et al.,            )
12                                   )
                       Plaintiffs,   )   ORDER OF EXAMINATION
13          vs.                      )
                                     )
14 McFARLANE & SONS, INC.,etc.       )
                                     )
15                     Defendant.    )
   _____)
16
   To:  Mike McFarlane, Judgment Debtor
17      McFarlane & Sons, Inc.
        1405 S. Railroad
18      San Mateo, CA 94402

19         You the above named judgment debtor ARE HEREBY ORDERED to

20 appear personally on May 25, 2007 at 9:30 a.m. at 450 Golden Gate

21 Avenue, San Francisco, CA , 94102 Conference Room A, 15th Floor,

22 before the Magistrate Judge Joseph C. Spero then and there to be

23 examined on oath concerning your property or other matters material

24 to the proceedings.

25         You are ordered to bring with you the following documents:

26         1.   The corporation's bylaws, share register and minute

27 book;

28         2. Title documents to all equipment and vehicles of debtor;

       ORDER OF EXAMINATION                 1

1        3. All lists and schedules of rented, leased and owned

2   equipment of debtor;

3        4. Copies of all real property and personal property leases

4   wherein debtor is a party;

5        5.  Copies of all tax bills, deeds, contracts, deeds of

6   trust or deposit receipts relating to all real and personal property

7   in which any interest is held;

8        6.   Annual Financial Statements for 2006 and 2007 and all

9   monthly financial statements for the same period;

10       7.  Federal tax returns for the last three years;

11       8.  All bank statements, deposit slips and canceled checks

12   for all accounts for 2006 and 2007;

13       9.  The last tax return filed with the Franchise Tax Board;

14       10.  Copies of all purchase orders, change orders accepted

15   bids, and contracts which relate in any way to work performed by

16   debtor during the period from November 1, 2006 to date;

17       11.  All accounts receivable lists generated by the Company

18   from 2004 and 2005 to date;

19       12.   Cash Disbursement Journals for 2007;

20       13.   All documents related to any loans to debtor or by

21   debtor by any present or former shareholders, officers or employees

22   of debtor;

23       14.   All documents related to any completed, pending or

24   failed sale of substantially all corporate assets during the last

25   three years.

26       15.  All personal guarantees made by any officer, agent or

27   shareholder for the benefit of debtor.

28   ////

ORDER OF EXAMINATION                    2

1      NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE

2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST

3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

5 JUDGMENT CREDITOR IN THIS PROCEEDING.

6 Dated:_____March 16, 2007_____

7

8 Magistrate _____ Spero

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF EXAMINATION              3