LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431 FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

May 22, 2007

Honorable Joseph C Spero
Karen Hom, Clerk
United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   Board of Trustees of the Sheet Metal Workers et al.
      vs. McFarlane & Sons, Inc., etc.
      United States District Court, Action No. C 05 0162 JCS

Dear Karen,

Conforming your telephone call with my assistant, please take the May 25, 2007 Order of Examination of Mike McFarlane in this case off calendar.

Plaintiffs were not able to effect service.  The matter is reset to July 27, 2007.

Yours very truly,

Michael J. Carroll

MJC/se

cc:   Mike McFarlane

Dated:  May 23, 2007

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA