```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO. C 05 0162 JCS |
| Plaintiffs, | AMENDED <u>ORDER OF EXAMINATION</u> |
| vs. | |
| McFARLANE & SONS, INC.,etc. | |
| Defendant. | |

To: Mike McFarlane, Judgment Debtor
    McFarlane & Sons, Inc.
    1405 S. Railroad
    San Mateo, CA 94402

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on <u>July 27, 2007</u> at <u>9:30</u> a.m. at <u>450 Golden Gate Avenue, San Francisco, CA , 94102 Conference Room A, 15th Floor,</u> before the Magistrate Judge Joseph C. Spero then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1.  The corporation's bylaws, share register and minute book;

2. Title documents to all equipment and vehicles of debtor;

<u>AMENDED ORDER OF EXAMINATION</u>            1

1       3. All lists and schedules of rented, leased and owned
2  equipment of debtor;
3       4. Copies of all real property and personal property leases
4  wherein debtor is a party;
5       5.  Copies of all tax bills, deeds, contracts, deeds of
6  trust or deposit receipts relating to all real and personal property
7  in which any interest is held;
8       6.  Annual Financial Statements for the 2006 and 2007 and
9  all monthly financial statements for the same period;
10      7.  Federal tax returns for the last three years;
11      8. All bank statements, deposit slips and canceled checks
12 for all accounts for 2006 and 2007;
13      9. The last tax return filed with the Franchise Tax Board;
14      10. Copies of all purchase orders, change orders accepted
15 bids, and contracts which relate in any way to work performed by
16 debtor during the period from November 1, 2006 to date;
17      11. All accounts receivable lists generated by the Company
18 from 2004 and 2005 to date;
19      12.  Cash Disbursement Journals for 2007;
20      13.  All documents related to any loans to debtor or by
21 debtor by any present or former shareholders, officers or employees
22 of debtor;
23      14.  All documents related to any completed, pending or
24 failed sale of substantially all corporate assets during the last
25 three years.
26      15. All personal guarantees made by any officer, agent or
27 shareholder for the benefit of debtor.
28 ////

AMENDED ORDER OF EXAMINATION                     2

1  NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.
6 Dated: May 24, 2007

7 _____
8  Magistrate Joseph C. Spero

AMENDED ORDER OF EXAMINATION                3