## LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

July 18, 2007

Honorable Joseph C Spero
Karen Hom, Clerk
United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: Board of Trustees of the Sheet Metal Workers et al.
vs. McFarlane & Sons, Inc., etc.
United States District Court, Action No. C 05 0162 JCS

Dear Karen,

Conforming our telephone call, please take the July 27, 2007 Order of Examination of Mike McFarlane off calendar.

Yours very truly,

/s/Michael J. Carroll
Michael J. Carroll

MJC/se

cc: Mike McFarlane

Dated: July 23, 2007



IT IS SO ORDERED
Judge Joseph C. Spero